# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cassady, William E. | U.S.D.C. S.D. Alabama | 10/27/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
113 Saint Joseph Street
Rm. 306
Mobile, Alabama 36602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Executor | Estate #1 |
| 3. | Manager | Cassady Farms, LLC |
| 4. | Manager | Southbury Condo, LLC |
| 5. | Litigation Committee | Federal Magistrate Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 10/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Regions Bank (Account) | A | Interest | J | T | | | | | |
| 2. | Franklin/Templeton World Fund CL A (TEMWX) IRA | D | Dividend | M | T | | | | | |
| 3. | Franklin Income Fund CL A IRA (FKINX) | D | Dividend | M | T | | | | | |
| 4. | The Southern Company - DSPP-COMMON STOCK | B | Dividend | K | T | Buy | 01/23/14 | K | | |
| 5. | Vanguard Mutual Funds IRA | | | | | | | | | |
| 6. | -Asset Allocution Fund (merged into VBINX, Line 7, in 2012) | | None | | | | | | | See Note 8, Part VIII. |
| 7. | - Balanced Index Fund Admiral Shares (VBINX) | D | Dividend | L | T | | | | | |
| 8. | - STAR Fund (VGSTX) | D | Dividend | L | T | | | | | |
| 9. | Vanguard Mutual Funds (non-IRA) | | | | | | | | | |
| 10. | -Balanced Index Fund (VBIAX) | C | Dividend | M | T | Buy | 05/27/14 | M | | See Note 1, Part VIII. |
| 11. | | | | | | Buy (add'l) | 07/14/14 | K | | |
| 12. | | | | | | Buy (add'l) | 08/13/14 | J | | |
| 13. | Rental Property - Jefferson Co., B'ham, AL (Southbury, LLC) | D | Rent | L | W | | | | | |
| 14. | Butler Co, AL land (Apr. 4/14/10) (Cassady Farms, LLC) | | None | N | Q | | | | | |
| 15. | House & lot, Greenville, AL (Apr. 4/4/10) (Cassady Farms, LLC) | D | Rent | K | Q | | | | | |
| 16. | Common Stock, Town & Country National Bank | E | Int./Div. | M | U | | | | | |
| 17. | Participating Units - Cassady Farms, LLC | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[  ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Participating Units - Southbury Condo, LLC | | None | L | T | | | | | |
| 19. Brokerage Account #1 | | | | | | | | | |
| 20. - Bank Deposit Sweep Account | A | Interest | J | T | | | | | |
| 21. -OPEN END MUTUAL FUNDS | | | | | | | | | |
| 22. --Franklin Tax Free TR Fed Interm Term Advisor CL (FITZX) | A | Dividend | K | T | Sold (part) | 08/25/14 | J | A | |
| 23. --Nuveen Mun Trust Inter Duration Mun Bd Fd CL (NUVBX) | A | Dividend | K | T | Sold (part) | 08/25/14 | J | A | |
| 24. --T Rowe Prie Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Dividend | K | T | Sold (part) | 08/25/14 | J | A | |
| 25. --T Rowe Price Tax Free Shrt (PRSFX) | A | Dividend | K | T | Sold (part) | 08/25/14 | J | A | |
| 26. --Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Dividend | K | T | Sold (part) | 08/25/14 | J | A | |
| 27. --Cohen & Steers Rlty Shs (CSRSX) | A | Dividend | | | Sold | 08/25/14 | J | B | |
| 28. --Dreyfus Appreciation Fd (DGAGX) | A | Dividend | J | T | Sold (part) | 02/26/14 | J | B | |
| 29. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 30. --Europacific Growth Fd Fl (AEGFX) | A | Dividend | | | Merged (with line 31) | 02/26/14 | J | B | See Note 4, Part VIII. |
| 31. --American Europacific Growth FU CL F2 (AEPFX) | A | Dividend | J | T | Buy (add'l) | 08/25/14 | J | | |
| 32. | | | J | T | Buy (add'l) | 08/26/14 | J | | |
| 33. --Goldman Sachs Tr (FTXXX) | A | Dividend | J | T | Sold (part) | 04/11/14 | J | A | |
| 34. | | | J | T | Sold (part) | 07/11/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | J | T | Sold (part) | 10/10/14 | J | A | |
| 36. | | | | J | T | Sold (part) | 01/10/14 | J | A | |
| 37. | | | | | | Buy (add'l) | 08/26/14 | J | | |
| 38. | --MFS SER TR III MUNICIPAL HIGH INCOME FD CL I (MMIIX) | A | Dividend | J | T | Sold (part) | 08/25/14 | J | A | See Note 5, Part VIII. |
| 39. | --NUVEEN INVT FDS INC REAL ESTATE SECS FUND CL I (FARCX) | A | Dividend | J | T | Buy | 08/25/14 | J | | |
| 40. | --Oppenheimer Intl Bond Fund Cl A (OIBAX) | A | Dividend | J | T | | | | | |
| 41. | --Templeton Income TR GLB BD Advisor (TGBAX) | A | Dividend | J | T | Sold (part) | 08/25/14 | J | A | |
| 42. | --Eagle Mid Cap Stock Fund (HMCJX) | A | Dividend | J | T | Sold (part) | 08/25/14 | J | A | |
| 43. | --Deutsche Tax Free (SZMIX) | A | Dividend | J | T | Sold (part) | 08/25/14 | J | A | See Note 3, Part VIII |
| 44. | --Fidelity ADV EMERG MKTS (FMKIX) | A | Dividend | J | T | Sold (part) | 08/25/14 | J | A | |
| 45. | -GULF POWER NOTES 5-18-16 (GUA) | A | Interest | | | Sold | 11/06/14 | K | A | |
| 46. | --GUGGENHEIM ZACKS INCM ADVAN STRAT PT 2 YR SR 3 REIN (CTZICX) | A | Dividend | | | Sold | 06/12/14 | K | C | |
| 47. | -EQUITY TRUSTS | | | | | | | | | |
| 48. | --FIRST TRUST PORTFOLIOS MUNI INCOME CLOSED END SERIES 53 REI | A | Dividend | | | Sold | 12/05/14 | J | A | |
| 49. | --FIRST TRUST PORTFOLIOS STRATEGIC DIV SELECT SER 9 | A | Dividend | J | T | Sold (part) | 08/14/14 | K | C | |
| 50. | --First Trust Portfolios Tactical Inc Series 21 | B | Int./Div. | K | T | | | | | |
| 51. | --First Trust Portfolios Interest Rate Hedge Series 71 | B | Dividend | K | T | | | | | See Note 2, Part VIII. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 10/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --First Trust Energy Select Portfolio Series 53 Reinvest | A | Dividend | J | T | Buy | 12/05/14 | J | | |
| 53. --First Trust Preferred Income Port Series 70 Rein | A | Dividend | K | T | Buy | 11/06/14 | K | | |
| 54. --First Trust Port LP Target GLBL DVD Leaders CPN CUSIP: 30276S714 | | | | | Sold | 05/29/14 | K | C | See Note 2, Part VIII |
| 55. --GUGGENHEIM NATIONAL MUNI PORT OF CEFS SER 26 REINVEST | A | Dividend | K | T | Buy | 06/16/14 | K | | |
| 56. --FIRST TRUST MUNI INCM SEL C/E PORT SER 62 REINV | A | Dividend | K | T | Buy | 08/14/14 | K | | |
| 57. --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED END PORT SRS 60 R | A | Dividend | K | T | Buy | 06/16/14 | K | | |
| 58. Calamos Strategic Total Return Fd. (CSQ) | A | Int./Div. | | | Sold | 05/29/14 | J | B | |
| 59. -CLOSED END MUTUAL FUNDS | | | | | | | | | |
| 60. --EATON VANCE NATL MUN OPPORTUNITIES TRUST EOT | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 61. --Liberty All-Star Equity Fund (USA) | A | Int./Div. | J | T | Sold (part) | 02/26/14 | J | A | |
| 62. --NUVEEN DIVIDEND ADVANTAGE MUN FD 2 COM NXZ | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 63. Transamerica Advisors Life Ins. Co. | D | Distribution | J | T | | | | | See Note 6, Part VIII. |
| 64. The Ohio National Life Ins. Co. Annuity | C | Distribution | L | T | | | | | |
| 65. Pacific Life Annuity | E | Distribution | K | T | | | | | See Note 6, Part VIII. |
| 66. ESTATE #1 | | | | | | | | | See Note 7, Part VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 10/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part VII. Investments
The Vanguard Mutual Fund, Part VII, line 9, was purchased in 2014.

Note 2 - Part VII. Investments
The equity trust, Part VII, line 48, was inadvertantly left off the 2013 Report. The original purchase was made in July 2013 with a value code of K.

Note 3 - Part VII. Investments
The name of the fund listed in Part VII, line 40 was changed in August 2014. The change was from DWS Tax Free TR Inter Tax/Amt Free FD INSTL CL to DEUTSCHE TAX FREE TR INTER TAX/AMT FREE FD INSTL CL.

Note 4 - Part VII. Investments
The shares of EUROPACIFIC GROWTH FD CL F-1 listed in Part VII, line 27, were exchanged for the same amount of shares of AMERICAN EUROPACIFIC GROWTH FU CL F2 on 5/28/14. See lines 27-29.

Note 5 - Part VII. Investments
The mutual fund listed in Part VII, line 35, was mistakenly identified as MFS Ser Trust III CL A (MMHYX). The correct fund is MFS SER TR III MUNICIPAL HIGH INCOME FD CL I (MMIIX).

Note 6 - Part VII. Investments
Distributions from the annuities listed in Part VII, lines 60 and 62, were completed in 2014.

Note 7 - Part VII. Investments
The assets of Estate #1 have all been distributed to the beneficiaries. My role as executor of the estate continues until the estate if formally closed.

Note 8 - Part VII. Investments
On February 10, 2012, the Traditional IRA funds held in a Vanguard Account named Asset Allocation Fund were merged into the Balanced Index Fund Admiral Shares (VBINX)(see Part VII, Line 7). The value code for the shares on that date was K. A dividend was distributed into the Asset Allocation Fund on February 7, 2012 that had an income code A. This merger elliminated any shares in the Asset Allocation Fund after 2012. The Traditional Balanced Index Fund Admiral Shares, after the merger on February 10, 2012, distributed a dividend on March 29, 2013 with an income code A. The value of the Balanced Index Fund Admiral Shares on December 31, 2012 should be coded as K. This information was not provided on the 2013 Report through oversight.

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 10/27/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Cassady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544